# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JEMAYLE NOLEN,**

    **Plaintiff,**

v.

**SOBREMESA, LLC,** *et. al.***,**

    **Defendants.**

:

**Case No. 2:22-cv-2136**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

:

## ORDER

This matter is before the Court on the November 30, 2022, Report and Recommendation issued by the Magistrate Judge. (ECF No. 28.) On November 16, 2022, the Magistrate Judge ordered that Plaintiff show cause for why her claims against Defendants Jacque Tucker and Tyrone Custer should not be dismissed for failure to serve process pursuant to Fed. R. Civ. P. 4(m). (ECF No. 25.) In her response, Plaintiff agreed to dismissal of her claims against those defendants. (ECF No. 27.) Accordingly, Magistrate Judge recommended that the Court dismiss Plaintiff's claims against both defendants. The time for filing objections has passed, and no objections have been filed.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 28) and all claims against Defendants Jacque Tucker and Tyrone Custer are **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**